OFFICE OF THE CITY ATTORNEY
DANIEL L. BROWN, Acting City Attorney
State Bar No. 013778
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Shannon M. Bell, #018403
Assistant City Attorney

Attorney for Defendant CITY OF PHOENIX

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Valdez,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>City of Phoenix, et al.,<br><br>　　　　　Defendants. | **NOTICE OF REMOVAL** |

Defendant City of Phoenix, through undersigned counsel, and pursuant to 28 U.S.C. § 1441(a) and LRCiv 3.7, hereby notices the removal of the above referenced action commenced and now pending in the Superior Court of the State of Arizona, in and for the County of Maricopa entitled *Joseph Scott Valez, Plaintiff, vs. City Of Phoenix, et al., Defendants,* Civil Action No. CV2014-005676, and in support of removal asserts the following:[1]

---

[1] Officers Nichols, Richey, Sharp and Guilford have not been served with the Complaint as of the date of this pleading.

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

1. Petitioner is a Defendant in the Superior Court of the State of Arizona in and for the County of *Maricopa* under the caption JOSEPH SCOTT VALDEZ, Plaintiff, vs. CITY OF PHOENIX, et al., Defendants, Maricopa County Superior Court Case No. CV2014-005676. Copies of the Complaint and all other documents previously filed in this matter are in Exhibit "A" of the Index filed simultaneously with this pleading.

2. The first date upon which Defendant City of Phoenix received a copy of the Complaint was May 23, 2014.

3. Plaintiff has asserted a claim of violation of his Civil Rights.

4. This Notice of Removal is being filed within 30 days after Service of the Summons and Complaint and is therefore timely under 28 U.S.C. § 1446(b).

5. A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendant. A true and correct copy of the Notice is in Exhibit "B" of the Index filed simultaneously with this pleading.

WHEREFORE, Defendant respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

DATED this 13th day of June, 2014.

                    DANIEL L. BROWN, Acting City Attorney


                    By     /s/ Shannon M. Bell
                        Shannon M. Bell
                        Assistant City Attorney
                        200 West Washington, Suite 1300
                        Phoenix, Arizona 85003-1611
                        Attorneys for Defendant City of Phoenix

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served the attached document by mail on the following, who is not a registered participant of the CM/ECF System:

Joseph S. Valdez
#T009109
Maricopa County Jail
201 South 4th Avenue
Phoenix, AZ 85003
Plaintiff(s) Pro Per


By   /s/A. Bailey
SB2:amb
1129968_1

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761