# EXHIBIT A





# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
111 South 3rd Avenue
West Court Building 2nd Floor
Phoenix, Arizona 85003-2292

JOSEPH VALDEZ
vs.
CITY OF PHOENIX

| | | | |
|---|---|---|---|
| STATE OF ARIZONA | ) | Case # | CV2014005676 |
| | ) ss. | | |
| County of Maricopa | ) | Docket # | C0294306 |

I HEREBY CERTIFY THAT I RECEIVED THE WITHIN SUMMONS ON THE 22ND DAY OF MAY A.D. 2014 AT THE HOUR OF 12:49 P.M., AND SERVED THE SAME ON THE 23RD DAY OF MAY A.D. 2014 ON CITY OF PHOENIX BEING SAID DEFENDANT(S) NAMED IN SAID SUMMONS BY DELIVERING TO ERIC EHRIG, EMPLOYEE FOR SAID NAMED DEFENDANT, AUTHORIZED TO ACCEPT SERVICE AT 200 WEST WASHINGTON STREET, PHOENIX, ARIZONA, AT 9:20 A.M. IN THE COUNTY OF MARICOPA, A COPY OF SAID SUMMONS TO WHICH WAS ATTACHED A TRUE COPY OF THE COMPLAINT, CERTIFICATE OF COMPULSORY ARBITRATION MENTIONED IN SAID SUMMONS.

DATED THIS 23RD DAY OF MAY A.D. 2014.

Fees - Service............ $        16.00

7 miles traveled one way..        16.00
                          _____

        TOTAL.......... $        32.00

Joseph M. Arpaio
Maricopa County Sheriff

By _____ 1350

J. SPRONG, #S1350, Deputy Sheriff

B2740                                          CVLF004

FILED
BY _____, DEP

14 MAY 28  PM 4: 07

MICHAEL K. JEANES, CLERK
RECEIVED F C LOBBY
DOCUMENT DEPOSITORY

Person Filing: Joseph Valdez #T009109
Address (if not protected): 201 S 4TH AVE
City, State, Zip Code: Phoenix AZ 85003
Telephone:
Email Address:
Lawyer's Bar Number:
Representing ☐ Self, without a Lawyer or ☐ Attorney for ☐ Petitioner OR ☐ Respondent

MICHAEL K. JEANES, CLERK
BY [signature] DEP.
FILED
14 APR 17 AM 11:15
FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY

Joseph Scott Valdez
Name of Petitioner/Plaintiff

Case Number: CV2014-005676

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

City of Phoenix
Name of Respondent / Defendant

**THE COURT FINDS** that the applicant (print name): Joseph Scott Valdez

1. ☐ **IS NOT ELIGIBLE FOR A DEFERRAL** of fees and/or costs.

**OR**

2. ☒ **IS ELIGIBLE FOR A DEFERRAL** of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.

**OR**

3. ☐ **IS ELIGIBLE FOR DEFERRAL** of fees and/or costs at the court's discretion. (A.R.S. §12-302(L)).

**OR**

4. ☐ **IS ELIGIBLE FOR DEFERRAL** of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

5. ☐ **IS ELIGIBLE FOR WAIVER** of fees and costs because the applicant is permanently unable to pay.

6. ☐ **IS ELIGIBLE FOR WAIVER** of fees and costs at the court's discretion (A.R.S. §12-302).

7. ☐ **IS NOT ELIGIBLE FOR WAIVER** of fees and costs.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Case No. _____

## IT IS ORDERED:

1.  ☐  **DEFERRAL DENIED** for the following reason(s):

   ☐  The application is incomplete because:

   _____
   _____
   _____
   _____
   _____

   **You are encouraged to submit a complete application.**
   ☐  The applicant does not meet the financial criteria for deferral because:

   _____
   _____
   _____

   *A deferral MUST BE granted if the applicant is receiving public assistance benefits or has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and/or costs necessary to gain access to the court or if the applicant demonstrates other good cause.*

2.  ☒  **DEFERRAL GRANTED** for the following fees and/or costs in this court:

   ☒  Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
   ☒  *Fees for service of process by a sheriff, marshal, constable or law enforcement agency.*
   ☐  Fees for service by publication.
   ☐  Filing fees and photocopy fees for the preparation of the record on appeal.
   ☐  Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

   **IF A DEFERRAL IS GRANTED:**
   ☒  **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE**
   ☐  **SCHEDULE OF PAYMENTS**
   The applicant shall pay $_____ each _____ (week, month, etc.) until paid in full, beginning_____

3.  ☐  **WAIVER DENIED** for all fees and/or costs of this case.

4.  ☐  **WAIVER GRANTED** for all fees and/or costs of this case that may be waived under A.R.S. §12-302.
   ☐  Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

   ☐  Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

   ☐  Fees for service by publication.

   ☐  Filing fees and photocopy fees for the preparation of the record on appeal.

   ☐  Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

   ☐  Fees for the issuance of a marriage license.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f  090810
Use current form

Case No. _____

5.    **RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after the judicial review. The judicial review shall be held as soon as reasonably possible.

6.    **NOTICE REGARDING CONSENT JUDGMENT.** Unless any one of the following applies, a consent judgment shall be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment.

   A.    Fees and costs are taxed to another party;

   B.    The applicant has an established schedule of payments in effect and is current with those payments;

   C.    The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

   D.    In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

   E.    Within twenty days of the date the court denies the supplemental application, the applicant either:

      1.    Pays the fees and/or costs; or,

      2.    Requests a hearing on the court's order denying waiver or further deferral. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further waiver or deferral is denied and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and/or costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and/or costs in full, the court is required to comply with the provisions of A.R.S. 33-964(C).

7.    **DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral shall promptly notify the court of the change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and/or costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

MICHAEL K. JEANES, CLERK

M De La Cruz

DATED: ____APR 17 2014____    Judicial Officer or ☒ Special Commissioner

M. De La Cruz
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

Page 3 of 3

GNF18f 090810
Use current form

MICHAEL K. JEANES, CLERK
BY _____ DEP

FILED

14 MAR 13 AM 11: 12

FOR CLERK'S USE ONLY

Name of Person Filing Document: _Joseph Scott Valdez_
Your Address: _701 S. 4th Avenue_
Your City, State, and Zip Code: _Phoenix Arizona 85003_
Your Telephone Number: _n/a_
Attorney Bar Number (if applicable): _____
Representing ☐ Self (Without an Attorney) OR
Attorney for ☐ Petitioner OR ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_Joseph Valdez_
Name of Petitioner/Plaintiff

_City of Phoenix_
Name of Respondent/Defendant

Case Number: CV2014-005676

**AFFIDAVIT SUPPORTING DEFERRAL OR
WAIVER OF SERVICE COSTS**

STATE OF ARIZONA    )
                    ) ss
COUNTY OF _MARICOPA_ )

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION. I swear or affirm that
the information in this application is true and correct. I make this statement under the penalty of
prosecution for perjury if it is determined that I did not tell the truth.**

**I have requested a deferral or waiver of the following fees in my case:**

☐ **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In
support of my request, I state that (check and complete any that apply):

☑ I have attempted to obtain voluntary acceptance of service of process without success on
the person to be served.

☐ It would be useless or dangerous for me to try to obtain voluntary acceptance of service by
the person to be served because (explain):
_In Jail_

☐ An enforceable injunction against harassment or order of protection has been granted to me
against the person to be served.

© Superior Court of Arizona in Maricopa County
June 25, 2007
ALL RIGHTS RESERVED
ASA

Page 1 of 2

GNF21f
Use current form

Case No. _____.

☐ **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person **(check and complete any that apply):**

☑ This is what I did to try to find the other party (explain):

_I TRIED TO CONTACT PHX. Police Dept, but NOT_
_SUCCESSFUL._

☐ I have contacted the person(s) listed below to try to find the location of the other party.

| NAME | ADDRESS |
|------|---------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

## SIGNATURE UNDER PENALTY OF PERJURY

Today's Date: _3-4-14_    Signature: _Joseph Scott Valdez_

Print Your Name: _Joseph Scott Valdez_

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) _Mar. 4, 2014_____, the last known address of the person to be served was: _301 South, 4th Ave, PHX. Az, 85003_____

(Street Address, City and State)

© Superior Court of Arizona in Maricopa County
June 25, 2007
ALL RIGHTS RESERVED
ASA

GNF21f
Use current form

MICHAEL K. JEANES, CLERK
BY _____ DEP
FILED
14 MAR 13 AM 11: 12

FOR CLERK'S USE ONLY

CV2014-005676

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

*Joseph Valdez*
Name of Petitioner/Plaintiff

**Case Number:** _____

**ORDER REGARDING DEFERRAL OR WAIVER OF COURT FEES AND COSTS AND NOTICE REGARDING CONSENT JUDGMENT**

*City of Phoenix*
Name of Respondent/Defendant

**THE COURT FINDS** that the applicant (print name): *Joseph Valdez* _____ :

1. ☐    **IS NOT ELIGIBLE FOR A DEFERRAL** of fees and/or costs.
         **OR**

2. ☑    **IS ELIGIBLE FOR A DEFERRAL** of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.
         **OR**

3. ☐    **IS ELIGIBLE FOR DEFERRAL** of fees and/or costs at the court's discretion. (A.R.S. §12-302(L)).
         **OR**

4. ☐    **IS ELIGIBLE FOR DEFERRAL** of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.

5. ☐    **IS ELIGIBLE FOR WAIVER** of fees and costs because the applicant is permanently unable to pay.

6. ☐    **IS ELIGIBLE FOR WAIVER** of fees and costs at the court's discretion (A.R.S. §12-302).

7. ☐    **IS NOT ELIGIBLE FOR WAIVER** of fees and costs.

## IT IS ORDERED:

1. ☐    **DEFERRAL DENIED** for the following reason(s):
       ☐   The application is incomplete because _____
_____
_____
_____
_____
_____

Case No. _____

☐  **You are encouraged to submit a complete application.**
   The applicant does not meet the financial criteria for deferral because:

_____
_____
_____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits or has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and/or costs necessary to gain access to the court or if the applicant demonstrates other good cause.**

2.  ☑  **DEFERRAL GRANTED** for the following fees and/or costs in this court:
    ☐  Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
    ☐  Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
    ☐  Fees for service by publication.
    ☐  Filing fees and photocopy fees for the preparation of the record on appeal.
    ☐  Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED:**
☑  **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE**
☐  **SCHEDULE OF PAYMENTS**
   The applicant shall pay $_____ each _____ (week, month, etc.) until paid in full, beginning_____

3.  ☐  **WAIVER DENIED** for all fees and/or costs of this case.

4.  ☐  **WAIVER GRANTED** for all fees and/or costs of this case that may be waived under A.R.S. §12-302.
    ☑  Any or all filing fees; fees for the issuance of a summons and subpoena; fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.
    ☑  Fees for service of process by a sheriff, marshal, constable or law enforcement agency.
    ☑  Fees for service by publication.
    ☑  Filing fees and photocopy fees for the preparation of the record on appeal.
    ☑  Court reporter or transcriber fees if employed by the court for the preparation of the transcript.
    ☐  Fees for the issuance of a marriage license.

5.  **RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after the judicial review. The judicial review shall be held as soon as reasonably possible.

6.  **NOTICE REGARDING CONSENT JUDGMENT.** Unless any one of the following applies, a consent judgment shall be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment.

© Superior Court of Arizona in Maricopa County
September 8, 2010
ALL RIGHTS RESERVED
ODF

GNF18f
Use current form

Case No. _____

A.    Fees and costs are taxed to another party;

B.    The applicant has an established schedule of payments in effect and is current with those payments;

C.    The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

D.    In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

E.    Within twenty days of the date the court denies the supplemental application, the applicant either:

1.    Pays the fees and/or costs; or,

2.    Requests a hearing on the court's order denying waiver or further deferral.  If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further waiver or deferral is denied and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded.  The procedures for notice of court fees and/or costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and/or costs in full, the court is required to comply with the provisions of A.R.S. 33-964(C).

7.    **DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral shall promptly notify the court of the change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and/or costs.  Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: _____ MAR 1 3 2014 _____        MICHAEL K. JEANES, CLERK  D. Gunn
                                                                                    Deputy Clerk

☐ Judicial Officer or ☑ Special Commissioner

© Superior Court of Arizona in Maricopa County
September 8, 2010
ALL RIGHTS RESERVED
ODF

Page 3 of 3

GNF18f
Use current form

MICHAEL K. JEANES, CLERK
BY _____ DEP

FILED

**Name of Person Filing Document:** Joseph Scott Valdez    14 MAR 13 AM11:11
**Your Address:** 201 S. 4th Avenue
**Your City, State, and Zip Code:** Phoenix Arizona 85003
**Your Telephone Number:** _____
**Attorney Bar Number (if applicable):** _____
**Representing** ☑ Self (Without an Attorney) OR
☐ Attorney for ☐ Petitioner ☐ Respondent

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

*Joseph Valdez*
Name of Petitioner/Plaintiff

*City of Phoenix*
Name of Respondent/Defendant

**Case Number:** CV2014-005676

## APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES AND/OR COSTS AND CONSENT TO ENTRY OF JUDGMENT

STATE OF ARIZONA )
                                    ) ss
COUNTY OF MARICOPA )

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees and/or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a Notice of Court Fees and Costs Due indicating how much is owed and what step you must take to avoid a judgment against you if you are still unable to pay. Addition details about this process are discussed in the **"Consent to Entry of Judgment"** Section of this Application.

---

**STATEMENTS MADE TO THE COURT UNDER OATH OR AFFIRMATION.** I swear or affirm that the information in this application is true and correct. I make this statement under the penalty of prosecution for perjury if it is determined that I did not tell the truth.

**I am requesting a deferral/waiver of the following fees and/or costs in my case:**

☑ Any or all of the following: All filing fees, fees for the issuance of either a summons and subpoena, or fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☑ Fees for service of process by a sheriff, marshal, constable or local law enforcement agency (fill out separate affidavit form).

☑ Fees for service by publication (fill out separate affidavit form).

☑ Filing fees and photocopy fees for the preparation of the record on appeal.

☑ Court reporter's fees of reporters or transcribers employed by the court for the preparation of the transcript.

☐ Fees for the issuance of a marriage license.

---

GNF11f-082310

**The basis for the request is:**

1.    ☐ **DEFERRAL:**

A.    ☐ I receive governmental assistance from the state/federal program(s) marked below:
         ☐ Temporary Assistance to Needy Families (TANF)         ☑ Food Stamps
         ☐ Represented by Community Legal Services

**OR**

B.    ☑ My income is insufficient or is barely sufficient to meet the daily essentials of life, and
         includes no allotment that could be budgeted for the fees and costs that are required to
         gain access to the court.

         **NOTE:** To determine whether income is insufficient or barely sufficient, the court will
         review your income and expenses. Among the factors the court may consider are:
         1.    Whether your gross income as computed on a monthly basis is 150% or less of
               the current federal poverty level. Gross monthly income includes your share of
               community property income if available to you.
         2.    If your income is greater than 150% of the poverty level, but you have proof of
               extraordinary expenses (including medical expenses and costs of care for elderly
               or disabled family members) or other expenses that the court finds are
               extraordinary that reduce your gross monthly income to at or below 150% of the
               poverty level.

**OR**

C.    ☐ I do not have the money to pay court filing fees and/or costs now. I can pay the filing
         fees and/or costs at a later date. **Explain.**

         _____

         _____

         _____

2.    ☑ **WAIVER:**

A.    ☑ I am permanently unable to pay. My income and liquid assets are insufficient or barely
         sufficient to meet the daily essentials of life and unlikely to change in the foreseeable
         future.

B.    ☐ I receive government assistance from the federal program Supplemental Security
         Income (SSI).

---

**NOTE: Every applicant, regardless of his or her financial circumstances, must complete the
Financial Questionnaire that follows. If you submit the Application and Financial Questionnaire in
person, you MUST sign it in front of the court clerk; if you submit the form by mail or by a third
party, you MUST sign it in front of a notary public. You must submit proof that you receive
governmental assistance. If you submit the Application and Financial Questionnaire by mail or by a
third party, please attach a copy of your proof of governmental assistance.**

---

# FINANCIAL QUESTIONNAIRE

## STATEMENT OF INCOME AND EXPENSES:

**SUPPORT RESPONSIBILITIES:** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|------|--------------|
| *N A* | |
| | |
| | |

**ASSISTANCE:** I receive assistance from:

- [ ] Arizona Health Care Cost Containment System (**AHCCCS**)
- [ ] Arizona Long Term Care System (**ALTCS**)
- [ ] Other: (Explain/Describe)  *N A*

## EMPLOYER INFORMATION

| | |
|---|---|
| Employer Name: | *N A* |
| Employer Address: | *N A* |
| Employed since: | *N A* (Month and Year you started) |

## MONTHLY INCOME INFORMATION

| | |
|---|---|
| **Monthly Gross Income:** (full amount of wages/salary before any deductions) | $ 0. |
| **Other current monthly income:** (including spousal maintenance/support, retirement, rental, interest, pensions, scholarships, grants, royalties, lottery winnings) (explain amount and source) | $ 0. |
| | $ 0. |
| | $ 0. |
| My spouse's monthly gross income: *(if available to me)* | $ 0. |
| **TOTAL MONTHLY INCOME:** (Add amounts from these lines.) | $ 0 |

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f-082310

My monthly expenses and debts are:

|  | A MONTHLY PAYMENTS | B LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ ∅ | $ |
| Car Payment | $ ∅ | $ |
| Car Payment | $ ∅ | $ |
| Credit Card Payments | $ ∅ | $ |
| Credit Card Payments | $ ∅ | $ |
| **Other Financing Obligations with Monthly Payments:** | | |
| Describe: | $ ∅ | $ |
| Describe: | $ ∅ | $ |
| Describe: | $ ∅ | $ |
| TOTAL OF LOAN BALANCES: (Add column B) | $ | |

| | |
|---|---|
| Food/Household supplies | $ ∅ |
| Clothing | $ ∅ |
| Utilities (Electric, Gas, Water, Telephone) | $ ∅ |
| Medical / Dental/ Prescription Expenses | $ ∅ |
| Health Insurance | $ ∅ |
| Car Insurance | $ ∅ |
| Gasoline/Bus Fare | $ ∅ |
| Spousal Maintenance (alimony paid by you) | $ ∅ |
| Child Support | $ ∅ |
| Child Care | $ ∅ |
| Nursing care | $ ∅ |
| Contributions to Retirement Plan / Account | $ ∅ |
| Other | $ ∅ |
| Other | $ ∅ |

**TOTAL MONTHLY PAYMENTS:**
(Add column A, starting from "Rent/Mortgage")    $ ∅

**STATEMENT OF ASSETS:** List those assets available to you and accessible without financial penalty.

| | ESTIMATED VALUE |
|---|---|
| Cash and Bank Accounts | $ ∅ |
| Credit Union Accounts | $ ∅ |
| Retirement Accounts | $ ∅ |
| Other, including Stocks & Bonds | $ ∅ |
| Other | $ ∅ |
| Equity* in: | |
| 1. Home | $ ∅ |
| 2. Cars/ Other Vehicles | $ ∅ |
| 3. Other Property | $ ∅ |
| **TOTAL ASSETS:** (Add) | $ ∅ |

* Equity is defined as market value minus any liens or loans.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f-082310

**EXTRAORDINARY EXPENSES:** For example: unusual medical needs, financial hardship, costs of care of elderly or disabled family members. (Proof must be submitted.)

| DESCRIPTION | AMOUNT |
|---|---|
|  | $ 0 |
|  | $ 0 |
|  | $ 0 |
| **TOTAL EXTRAORDINARY EXPENSES** (Add) | $ 0 |

**Note:** If you receive a deferral and have unpaid fees at the end of your case you will receive a Notice of Court Fees and Costs Due. This is to remind you that you may submit a supplemental application for further deferral or waiver if you believe you need more time to pay or cannot afford to pay your court fees and costs. The court will decide at that time whether or not you must pay. If you do not file a supplemental application, the original deferral order remains in effect and a consent judgment may be entered against you if you do not pay within thirty calendar days after entry of final judgment.

**If your case is dismissed for any reason, the fees and costs are still due.**

**CONSENT TO ENTRY OF JUDGMENT:** By signing this Application, I agree that a judgment may be entered against me for all fees and/or costs that are deferred but remain unpaid after thirty (30) calendar days after entry of final judgment. Judgment may be entered against me unless any one of the following applies:

A.    Fees and costs are taxed to another party;
B.    I have an established schedule of payments in effect and I am current with those payments;
C.    I file a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;
D.    In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or
E.    Within twenty days of the date the court denies the supplemental application, I either:
    1.    Pay the fees and/or costs; or,
    2.    Request a hearing on the court's order denying waiver or further deferral. If I request a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied and payment has not been made within the time prescribed by the court.

If you appeal the final decision in your case, a consent judgment for deferred fees and/or costs that remain unpaid in the lower court shall not be entered until after the appeals process is concluded.

## OATH OR AFFIRMATION

The contents of this document are true and correct to the best of my knowledge and belief.

3-4-14
Date

*Joseph Scott Valdez*
Signature

*Joseph Scott Valdez*
Printed Name

3/4/14
Date Signed or Affirmed

*S. Ybarra*
Judicial Officer, Deputy Clerk or Notary Public

My Commission Expires/Seal:

OFFICIAL SEAL
**S. YBARRA**
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 16, 2016

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 5 of 5

GNF11f-082310

Superior Court of Arizona

# CV2014-005676

## CIVIL COVER SHEET - NEW FILING ONLY
### (Please Type or Print)

Plaintiff's Attorney: _____

Attorney's Bar Number: _____

MICHAEL K. JEANES, CLERK
BY _____ DEP

**FILED**

14 MAR 13 AM 11: 10

Is Interpreter Needed? ☐ Yes ☒ No

If yes, what language: _____

To the best of my knowledge, all information is true and correct.

*Joseph Scott Valdez*
Attorney/Pro Per Signature (If no attorney, YOUR signature)

Plaintiff's Name(s): (List all)
Joseph Scott Valdez
T009109

Plaintiff's Address:
201 South 4th Ave
Phx. Az. 85003

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List all.)
City of Phoenix, Police Officers Sharp (7874), Guilford (8083),
Price (9346) and Nichols (9167) John Doe's I-V

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:
(if applicable)

☐ Temporary Restraining Order
☐ OSC – Order to Show Cause
☐ Employer Sanction

☐ Provisional Remedy
☐ Election Challenge
☐ Other _____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D. ☐ 123 Hospital
☐ 122 Physician D.O ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
  ☐ 136 Six to Nineteen Structures
  ☐ 137 Twenty or More Structures

Superior Court of Arizona in Maricopa County          Page 1 of 2          CV10f-073012

**150-199 OTHER CIVIL CASE TYPES:**
- ☐ 156 Eminent Domain/Condemnation
- ☐ 151 Eviction Actions (Forcible and Special Detainers)
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment
- ☐ 158 Quiet Title
- ☐ 160 Forfeiture
- ☐ 175 Election Challenge
- ☐ 179 Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)
- ☐ 187 Real Property
- ☐ Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
- ☐ Minor Abortion (See Juvenile in Maricopa County)
- ☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)
- ☐ 194-Immigration Enforcement Challenge
   (§§1-501, 1-502, 11-1051)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
- ☐ Notice of Appeal pursuant to A.R.S. § 12-904
   (formerly "Administrative Review")
   (Use lower court appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

Case No. _____

- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute - Other
- ☐ 159 Restoration of Civil Rights (Federal)
- ☐ 159 Clearance of Records (A.R.S. §13-4051)
- ☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain-Light Rail Only
- ☐ 177 Interpleader- Automobile Only
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute - Discrimination
- ☐ 185 Employment Dispute - Other
- ☐ 195(a) Amendment of Marriage License
- ☐ 195(b) Amendment of Birth Certificate
- ☑ 163 Other *Search & Seizure, 4th Amend. Violations*
   (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

- ☐ Antitrust/Trade Regulation
- ☐ Construction Defect with many parties or structures
- ☐ Mass Tort
- ☐ Securities Litigation with many parties
- ☐ Environmental Toxic Tort with many parties
- ☐ Class Action Claims
- ☐ Insurance Coverage Claims arising from the above-listed case types
- ☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

MICHAEL K. JEANES. CLERK
BY _____ DEP
FILED

NAME: Joseph Scott Valdez          14 MAR 13 AM 11: 11

ADDRESS: 201 S. 4th Avenue

CITY, STATE, ZIP: Phoenix Arizona 85003

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Joseph Scott Valdez                    )          CV2014-005676
                                       )
_____        )  NO. _____
                    PLAINTIFF,         )
                                       )  CERTIFICATE OF
              VS.                      )  COMPULSORY
                                       )  ARBITRATION
City of Phx. et. al.                   )
                                       )
_____        )
                    DEFENDANT.         )
_____        )

    The undersigned certifies that the largest award sought by the

complainant, including punitive damages, but excluding interest,

attorneys' fees, and costs **does** / **does not** exceed limits set by

Local Rule for compulsory arbitration. This case **is** / **is not**

subject to the Uniform Rules of Procedure for Arbitration.

    SUBMITTED this ____4____ day of ___march___, 2014 .

        BY ___Joseph Valdez_____

Form #200  LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

1   Name: Joseph Scott Valdez

2   Booking No: T009109

3   Facility Address: 201 S. 4th Avenue

4   City, State, & Zip: Phoenix Az 85003

MICHAEL K. JEANES
Clerk of the Superior Court
By David Gunn, Deputy
Date 03/13/2014 Time 11:17:37
Description                        Amount
------ CASE# CV2014-005676 ------
CIVIL NEW COMPLAINT          :04.00 D

TOTAL AMOUNT                    0.00
Receipt# 23611496

5

6   # IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7   ## IN AND FOR THE COUNTY OF MARICOPA

8   Joseph Scott Valdez
        Plaintiff/Petitioner

9

10  vs. Police Officers, Nichols, Richey
        Sharp, Guilford

11  City of Phoenix, John Doe's I-V
        Defendant/Respondent

12

Case No.: CV2014-005676

**COMPLAINT**

13      PLAINTIFF ALLEGES AS FOLLOWS:

14  PLAINTIFF, JOSEPH SCOTT VALDEZ AND DEFENDANTS, OFFICERS NICHOLS,
    RICHEY, SHARP, GUILFORD AND John Doe's I-V ARE RESIDENTS OF

15  MARICOPA COUNTY, STATE OF ARIZONA.

16

17  1. THAT, ON SIX (6) SEPERATE OCCASSIONS, POLICE OFFICERS
    OF THE SOUTH MOUNTAIN SOUTHERN PRECIENCT POLICE DEPT.

18  WHILE ACTING UNDER THE COLOR OF STATE LAW AND WITHOUT

19  PROBABLE CAUSE DID RACIALLY PROFILE AND HARASS PLAINTIFF

20  WHILE HE EITHER WALKED OR RODE HIS BICYCLE WITHIN HIS

21  NEIGHBORHOOD.

22  2. THAT, PLAINTIFF GOES ON TO STATE THAT John Doe DEFENDANTS

23  ON EACH OCCASSION, THREW PLAINTIFF TO THE GROUND, SEARCHED

24  HIM WITHOUT PROBABLE CAUSE AND RELEASED HIM WITHOUT

25  EXPLANATION. PLAINTIFF WAS NEVER CHARGED IN THE ABOVE
    SIX (6) INCIDENTS.                    Page 1 of 2

3.) ON 5/6/13, WHILE ACTING UNDER THE COLOR OF STATE LAW
And WITHOUT PROBABLE CAUSE, OFFICERS NICHOLS And RICHEY
OF THE SOUTH MTN. SOUTHERN POLICE PRECIENCT MADE AN
ILLEGAL STOP ON PLAINTIFF AS HE WAS RIDING HIS BICYCLE.
DEFENDANTS FURTHER CONDUCTED AN ILLEGAL SEARCH
AND SEIZURE AND RECOVERED DRUG PARAPHANALIA
AND DANGEROUS DRUGS. AS A RESULT OF THE UNLAWFUL
STOP, PLAINTIFF WAS FALSELY ARRESTED AND IMPRISONED.

4.)    ON 9/7/13, AT APPROXIMATELY  1:00 A.M. AND WHILE
STANDING ON PLAINTIFF'S APARTMENT PROPERTY PICKING UP
TRASH, POLICE OFFICERS SHARP AND GUILFORD WHILE ACTING
UNDER THE COLOR OF STATE LAW AND WITHOUT PROBABLE CAUSE
CONFRONTED PLAINTIFF, DETAINED HIM AND PROCEDED TO
ASK HIM, "WHY ARE YOU OUTSIDE?" OFFICER SHARP GOES ON
TO STATE, "THIS IS A HIGH CRIME ZONE FOR STOLLEN PROPERTY
AND DRUG ACTIVITY." DEFENDANTS THEN BEGAN TO "PAT AND
SEARCH" WHEREBY OFFICERS MADE AN UNLAWFUL SEARCH
AND SEIZURE FINDING DRUGS IN PLAINTIFF'S POCKET..

5.) DEFENDANT CITY OF PHOENIX HAS ESTABLISHED A
POLICY AND CUSTOM WITHIN THE SOUTH MNT. SOUTHERN PRECINCT
POLICE DEPT ALLOWING POLICE OFFICERS TO PROFILE MEXICAN
AMERICANS, STOPPING THEM FOR NO APPARENT REASON
OTHER THAN BEING MEXICAN AMERICAN, THEN INTERROGATING
THEM WITHOUT PROBABLE CAUSE.

6.) THE ACTIONS OF DEFENDANTS ACTING UNDER THE
COLOR OF STATE LAW DEPRIVED PLAINTIFF OF FEDERAL

ILSF-009 – Complaint                                    3/1/09

Rights in violation of the 4th Amendment and caused Plaintiff damages. As a result of police officers actions, Plaintiff was falsely arrested, imprisoned, he suffers from mental anguish, emotional distress, lost of consortium, employment and apartment.

(7.) Plaintiff further requests Punitive damages for the defendants "Outrageous conduct" in their supervisors failure to train and supervise officers warrantless searches and seizures without probable cause.

(8.) Plaintiff humbly requests this honorable to grant him Judgment in the sum of one (1) million dollars, U.S. currency for compensatory damages, pain and suffering, false imprisonment

(9.) For such other sums and further as the court shall deem proper.

Respect fully submitted this 4 day of Mar. 2014.

By: _Joseph Scott Valdez_
Joseph S. Valdez
Plaintiff, Pro Se

EXHIBIT B

OFFICE OF THE CITY ATTORNEY
DANIEL L. BROWN, Acting City Attorney
State Bar No. 013778
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Shannon M. Bell, #018403
Assistant City Attorney
Attorney for Defendant CITY OF PHOENIX

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JOSEPH VALDEZ, | NO. CV2014-005676 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| vs. | |
| CITY OF PHOENIX, et al., | |
| Defendants. | (Assigned to the Honorable John Rea) |

Defendant, City of Phoenix, through undersigned, and pursuant to 28 U.S.C. § 1441, et seq., hereby notifies this Court that it has filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal filed June 13, 2014, is attached hereto as Exhibit "A."

DATED this 13th day of June, 2014.

DANIEL L. BROWN, Acting City Attorney

By_____/s/Shannon M. Bell_____
    Shannon M. Bell
    Assistant City Attorney
    200 West Washington, Suite 1300
    Phoenix, Arizona 85003-1611
    Attorneys for Defendant City of Phoenix

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

ORIGINAL of the foregoing E-filed
and a COPY delivered electronically
this 13th day of June, 2014, to:

The Honorable John Rea
Judge of the Superior Court

COPY of the foregoing mailed
this 13th day of June, 2014, to:

Joseph S. Valdez
#T009109
Maricopa County Jail
201 South 4th Avenue
Phoenix, AZ  85003
Plaintiff(s) Pro Per


By____/s/A. Bailey_____
SB2:amb
1129968_1

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

2