FILED ___ LODGED
RECEIVED ___ COPY

NOV 07 2014

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ B DEPUTY

JOSEPH SCOTT VALDEZ #T009109
Name and Prisoner/Booking Number

Fourth Avenue Jail
Place of Confinement

201 S. 4th Avenue
Mailing Address

Phoenix, AZ 85003
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

JOSEPH SCOTT VALDEZ, )
(Full Name of Plaintiff)    Plaintiff, )
)   CV-14-01326-PHX-PGR(MEA)
vs. )   CASE NO. _____
)   (To be supplied by the Clerk)
(1) CITY OF PHOENIX, )
(Full Name of Defendant) )
(2) AND OTHERS, )
)   **CIVIL RIGHTS COMPLAINT**
(3) _____, )   **BY A PRISONER**
)   " JURY TRIAL DEMANDED "
(4) _____, )   ☐ Original Complaint
Defendant(s). )   ☒ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them. )   ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: MARICOPA / PHOENIX

**550/555**

ADDITIONAL DEFENDANTS

(2) TODD GUILFORD #8083
(3) MATTHEW SHARP #7874
(4) BLAKE RICHEY #8703
(5) CHRISTOPHER NICHOLS #9167
(6) JOHN DOE OFFICERS I-V

## B. DEFENDANTS

1. Name of first Defendant: TODD GUILFORD #8083. The first Defendant is employed as:
   PHOENIX POLICE OFFICER at SOUTH MOUNTAIN PRECINCT.
   (Position and Title)        (Institution)

2. Name of second Defendant: MATTHEW SHARP #7874. The second Defendant is employed as:
   PHOENIX POLICE OFFICER at SOUTH MOUNTAIN PRECINCT.
   (Position and Title)        (Institution)

3. Name of third Defendant: BLAKE RICHEY #8703. The third Defendant is employed as:
   PHOENIX POLICE OFFICER at SOUTH MOUNTAIN PRECINCT.
   (Position and Title)        (Institution)

4. Name of fourth Defendant: CHRISTOPHER NICHOLS #9167. The fourth Defendant is employed as:
   PHOENIX POLICE OFFICER at SOUTH MOUNTAIN PRECINCT.
   (Position and Title)        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? 1. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: JOSEPH SCOTT VALDEZ v. STATE OF ARIZONA
      2. Court and case number: UNKNOWN.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED AND WAS NOT APPEALED AND IS ALSO STILL NOT PENDING.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

B. <u>DEFENDANTS</u>

5. NAME OF FIFTH DEFENDANT: <u>CITY OF PHOENIX</u>. THE FIFTH DEFENDANT IS EMPLOYED AS: <u>CITY OFFICIAL</u>

6. NAME OF SIXTH DEFENDANT: <u>JOHN DOE'S</u>. THE SIXTH DEFENDANT IS EMPLOYED AS: <u>PHOENIX POLICE OFFICERS</u> AT <u>SOUTH MOUNTAIN PRECINCT</u>.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>UNITED STATES CONSTITUTION FOURTH (4TH) AMENDMENT</u>.

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>ILLEGAL SEARCH AND SEIZURE</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THAT ON SIX (6) SEPERATE OCCASSIONS, JOHN DOE DEFENDANTS, POLICE OFFICERS OF SOUTH MOUNTAIN PRECINCT POLICE DEPARTMENT, WHILE ACTING UNDER THE COLOR OF STATE LAW, DID ILLEGAL RACIAL PROFILE PLAINTIFF AND WITHOUT PROBABLE CAUSE DID SEIZE UNLAWFULLY AND SEARCH ILLEGALLY THE PLAINTIFF WHILE HE EITHER WALKED OR RODE HIS BICYCLE WITHIN HIS NEIGHBORHOOD. PLAINTIFF WAS HARRASSED SIX (6) SEPERATE TIMES AND WAS RELEASED WITH NO EXPLANATION WHEN EACH SEARCH TURNED UP NO ILLEGAL EVIDENCE TO WARRANT ARREST

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   AS A RESULT OF JOHN DOE DEFENDANT ACTIONS, PLAINTIFF WAS HARRASSED, THREATENED TO SUBMITT TO SEARCHES THAT CAUSED MENTAL ANGUISH AND EMOTIONAL DISTRESS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>UNITED STATES CONSTITUTION FOURTH (4TH) AMENDMENT</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>ILLEGAL SEARCH AND SEIZURE</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 5-6-13, WHILE ACTING UNDER THE COLOR OF STATE LAW AND WITHOUT PROBABLE CAUSE, DEFENDANT OFFICERS CHRISTOPHER NICHOLS #9167 AND BLAKE RICHEY #8703 OF THE SOUTH MOUNTAIN PRECINCT POLICE DEPARTMENT MADE AN UNLAWFUL SEIZURE OF PLAINTIFF AS HE RODE HIS BICYCLE. OFFICER NICHOLS, WITH NO PROBABLE CAUSE DID PERFORM AN ILLEGAL SEARCH AND RECOVERED DRUG PARAPHENILIA AND DANGEROUS DRUGS. OFFICER RICHEY WAS PRESENT AND WAS A WITNESS TO THIS VIOLATION AND DID NOT INTERVENE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   PLAINTIFF WAS ARRESTED AND IMPRISONED AND SUFFERS LOST OF CONSORTION, MENTAL ANGUISH, EMOTIONAL DISTRESS

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: UNITED STATES CONSTITUTION FOURTH (4TH) AMENDMENT.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ILLEGAL SEARCH

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 9-7-13, WHILE ACTING UNDER THE COLOR OF STATE LAW AND WITHOUT PROBABLE CAUSE, DEFENDANT OFFICERS GUILFORD #8707 AND SHARP #7607 OF THE SOUTH MOUNTAIN PRECINCT POLICE DEPARTMENT, WHILE ON ROUTINE PATROL DID RACIAL PROFILE THE PLAINTIFF AND SEIZE HIM UNLAWFULLY WHICH LEAD TO AN ILLEGAL SEARCH THAT RECOVERED DANGEROUS DRUGS AND DRUG PARAPHENILIA. OFFICER SHARP WITNESSED GUILFORD PERFORM ILLEGAL SEARCH AND DID NOT INTERVENE

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   PLAINTIFF WAS ARRESTED AND INCARCERATED AND HE SUFFERS MENTAL ANGUISH, EMOTIONAL DISTRESS, LOSS OF CONSORTIUM, EMPLOYMENT AND APARTMENT.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

D. CAUSE OF ACTION

COUNT IV

1. STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED

UNITED STATES CONSTITUTION FOURTH AMENDMENT

2. IDENTIFY THE ISSUE INVOLVED.

OTHER: ILLEGAL SEARCH AND SEIZURE

3. SUPPORTING FACTS:

DEFENDANT CITY OF PHOENIX HAS ESTABLISHED A POLICY AND CUSTOM WITH IN THE SOUTH MOUNTAIN POLICE DEPARTMENT PRECINCT ALLOWING OFFICERS HIRED AND SUPERVISED BY THEM TO ILLEGAL PROFILE MEXICAN AMERICANS, AND ARE ALLOWING THEM TO PERFORM UNLAWFUL SEIZURES WITHOUT PROBABLE CAUSE WHILE UNDER THERE SUPERVISION.

4. INJURY:

THE ACTIONS OF THE DEFENDANT WHILE ACTING UNDER THE COLOR OF STATE LAW HAS DEPRIVED PLAINTIFF OF FEDERAL RIGHTS AND CAUSED PLAINTIFF DAMAGES AS A RESULT OF POLICE OFFICERS ACTIONS, PLAINTIFF WAS UNLAWFULLY ARRESTED, IMPRISONED, HE SUFFERS FROM MENTAL ANGUISH, EMOTIONAL DISTRESS, LOSS OF CONSORTIUM, EMPLOYMENT AND APARTMENT

## E. REQUEST FOR RELIEF

State the relief you are seeking:
PLAINTIFF REQUEST THIS HONORABLE TO GRANT HIM JUDGEMENT IN THE SUM OF ONE (1) MILLION DOLLARS, U.S. CURRENCY FOR COMPENSATORY DAMAGES, PAIN AND SUFFERING, AND FALSE IMPRISONMENT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-30-14
DATE

Joseph Scott Valdez
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO, SHERIFF

## **CERTIFICATION**

I hereby certify that on this date      NOV 0 3 2014

I mailed the original to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ _____

___ _____

___ _____

_____
INMATE LEGAL SERVICES
Maricopa County, Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                  11/28/2012